JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR 07-5714FDB |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| vs. ) | CONTINUE PRETRIAL MOTIONS' |
| ) | DEADLINE |
| EMMANUEL WRIGHT, ) | |
| Defendant. ) | |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to December 20th, 2007.

DONE this 29th day of November, 2007.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Presented by:

/s/ Miriam Schwartz                               /s/ Kent Y. Liu
Miriam F. Schwartz                                Kent Y. Liu
Attorney for Defendant                            Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS' DEADLINE     1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**